JENNIE BROWN, Plaintiff, *v.* KNICKERBOCKER VILLAGE, INC., Defendant and Third-Party Plaintiff-Appellant, and MARCATO ELEVATOR Co., INC., Third-Party Defendant-Respondent.

Argued January 6, 1953; decided January 21, 1953.

*Archie B. Morrison, William S. O'Connor, John D. Lynn* and *Robert A. Dwyer* for appellant.

*Harry H. Brown* and *Patrick J. McCann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.